_____



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CHARISSE HARRIS                             CHAPTER 13

DEBTORS                                             CASE NO. 18-14970 JDW

## ORDER AVOIDING JUDICIAL LIEN

THIS MATTER came before the Court on the motion of Debtor(s) Motion to Avoid Judicial Lien of **1ˢᵗ Franklin Corporation** (the "Creditor") pursuant to 11 U.S.C. § 522 (f) and Federal Rules of Bankruptcy Procedure 4003(d) and 9014 (the "Motion")(Dkt#11). The Debtor(s) has/have represented to the Court that all parties in interest were timely served with the Motion, and no party has objected to the relief requested in the Motion by the deadline set by the Court. Based on the Debtor(s) representations, the Court finds and concludes as follows:

1. The Debtor(s) exempted his/her/their homestead real property, as well as certain personal property, all as listed on Scheduled C filed by the Debtor(s) in this bankruptcy case.

2. The Creditor recorded a judicial lien against Debtor(s) property on October 23, 2018, as follows:

> **Location of Judgment Rolls: Pontotoc County Justice Court, MS**
> **Case Number: Bk 180, Pg 663**
> **Amount: $2,694.34**

3.     The Existence of the Creditor's lien against the Debtors' property impairs exemptions to which the Debtors would be entitled under Title 85, Chapter 3 of the Mississippi Code and 11 U.S.C. § 522(d).  Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that

1.     The Motion it **GRANTED**.

2.     To the extent the Debtor(s) exemptions, the judicial lien held by the Creditor as set forth is **AVOIDED** and shall not survive bankruptcy, affix to, or remain enforceable against the Debtor(s)exempt property, unless the case is dismissed prior to the entry of the Debtor(s) discharge.

3.     A copy of the Order of Discharge is to accompany any recordation of this Order.

4.     To the extent the Creditor's lien has been avoided, the Creditor shall be treated as a general unsecured creditor in this case.

#ENDOFORDER#

SUBMITTED BY:

KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTORS