| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | CHARISSE HARRIS |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of Mississippi (State) |
| Case number | #18-14970 |

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service
Centralized Servicing Center

**Court claim no.** (if known): #19

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 9 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2019

**New total payment:** $ 658.80
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 327.17    New escrow payment: $ 207.05

## Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ 778.92    New mortgage payment: $ 658.80

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☑ I am the creditor.
- ☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ Signature: /s/ CECIL EDWARDS

Date: 04/15/2019

Print: CECIL EDWARDS
First Name / Middle Name / Last Name

Title: Bankruptcy Specialist

Company: USDA - Rural Housing Service
Centralized Servicing Center

Address: PO Box 66879
Number / Street

St. Louis, MO 63166
City / State / ZIP Code

Contact phone: (800) 349-5097 ext 3722

Email: csc.bkr@stl.usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** CECIL EDWARDS

04/15/2019 (Date)

**Debtor(s) & Address:** CHARISSE HARRIS
148 CROSS CREEK DRIVE
OXFORD, MS. 38655

**Case No.** #18-14970
**Claim No.** #19
**USDA Acct No.** 2 4 9 8

**Attorney & Address:** ROBERT H. LOMENICK, JR.
P.O. BOX #417
HOLLY SPRINGS, MS. 38635

**Trustee & Address:** LOCKE D. BARKLEY
CHAPTER #13 TRUSTEE
6360 I-55 NORTH
SUITE #140
JACKSON, MS. 39211

**Effective** 06/01/2019, the monthly ongoing payment is changing due to:

No ___   Yes ✓   **ESCROW:**
No ✓   Yes ___   **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 614.56 | Principal & Interest | 614.56 |
| Less Subsidy | 162.81 | Less Subsidy | 162.81 |
| Total P&I Payment | 451.75 | Total P&I Payment | 451.75 |
| | | | |
| Escrow | 300.00 | Escrow | 207.05 |
| Escrow shortage | 27.17 | Escrow shortage | |
| Total Escrow | 327.17 | Total Escrow | 207.05 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 778.92 | Total Payment | 658.80 |

**Northern District of Mississippi**   Case No.  #18-14970
Claim No.  #19

## CERTIFICATE OF SERVICE

I, CECIL EDWARDS , do hereby certify that on  04/15/2019 , I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

CHARISSE HARRIS

Debtor(s)

148 CROSS CREEK DRIVE
OXFORD, MS. 38655

Via CM/ECF:

Debtor's Attorney of Record:

ROBERT H. LOMENICK, JR.
P.O. BOX #417
HOLLY SPRINGS, MS. 38635

Chapter 13 Trustee:

LOCKE D. BARKLEY
CHAPTER #13 TRUSTEE
6360 I-55 NORTH
SUITE #140
JACKSON, MS. 39211

Date: 04/15/2019     /s/ CECIL EDWARDS

CECIL EDWARDS
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. #5469

```
USDA RURAL DEVELOPMENT - CSC
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS           MO 63120-1703

800-414-1226



CHARISSE S HARRIS                               YOUR LOAN NUMBER: 0041942498
148 CROSS CREEK DR
OXFORD              MS 38655-9614

                                                DATE: 03/29/19


        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    06/19 THROUGH    05/20.
------ ANTICIPATED PAYMENTS FROM ESCROW -    06/19 THROUGH    05/20 ------
            INSURANCE                        1154.00
            COUNTY TAX                       1330.66

       TOTAL PAYMENTS FROM ESCROW            2484.66

       MONTHLY PAYMENT TO ESCROW             207.05 (1/12TH OF ABOVE TOTAL)

------ ANTICIPATED ESCROW ACTIVITY -    06/19 THROUGH    05/20 --------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW   FROM ESCROW   DESCRIPTION      ANTICIPATED       REQUIRED
                    ACTUAL  STARTING BALANCE         1361.05          1361.05
JUN 19   207.05     1154.00    INSURANCE     ALP      414.10   RLP     414.10
JUL 19   207.05                                       621.15           621.15
AUG 19   207.05                                       828.20           828.20
SEP 19   207.05                                      1035.25          1035.25
OCT 19   207.05                                      1242.30          1242.30
NOV 19   207.05                                      1449.35          1449.35
DEC 19   207.05                                      1656.40          1656.40
JAN 20   207.05     1330.66    COUNTY TAX             532.79           532.79
FEB 20   207.05                                       739.84           739.84
MAR 20   207.05                                       946.89           946.89
APR 20   207.05                                      1153.94          1153.94
MAY 20   207.05                                      1360.99          1360.99

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS         0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
```

```
------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
          PRINCIPAL & INTEREST                                614.56
          ESCROW (1/12TH OF ANNUAL ANTICIPATED                207.05
              DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS:  AMORTIZED FEE PAYMENT                          0.00
          PLUS:  REPLACEMENT RESERVE OR FHA SVC CHG             0.00
          PLUS:  SHORTAGE PAYMENT                               0.00
          MINUS: SURPLUS CREDIT                                 0.00
          ROUNDING ADJUSTMENT                                   0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS                    0.00  -$162.81
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/19         ~~821.61~~ = $658.80
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS       414.10.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS         414.10.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
06/18         350.52      07/18         350.52      08/18       3318.40   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00         0.00                      00/00         0.00
00/00         0.00                      00/00         0.00

```
USDA RURAL DEVELOPMENT - CSC -650
4300 GOODFELLOW BLVD.
BLDG 105E  FC-252
ST. LOUIS              MO 63120-1703

800-414-1226



CHARISSE S HARRIS                YOUR LOAN NUMBER: 0041942498
148 CROSS CREEK DR
OXFORD            MS 38655-9614

                        DATE: 03/29/19


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING OCT, 2018 AND ENDING SEP,2019.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

        --- YOUR PAYMENT BREAKDOWN AS OF OCT, 2018 IS ---

            PRINCIPAL & INTEREST            614.56
            ESCROW DEPOSIT                  300.00
            OPTIONAL INSURANCE               70.25
            REPLACE RESV/FHA SVC CHG          0.00
            SHORTAGE                         27.17
            DEFICIENCY                        0.00
            SURPLUS                           0.00
            ROUNDING                          0.00
            LESS BUYDOWN/ASST PAYMENT       162.81
            BORROWER PAYMENT                849.17
```

|        | PAYMENTS TO ESCROW |           | --- PAYMENTS FROM ESCROW ---- |          |             | -- ESCROW BALANCE -- |           |
|--------|--------------------|-----------|-------------------------------|----------|-------------|----------------------|-----------|
| MONTH  | PRIOR PRJ          | ACTUAL    | PRIOR PRJ                     | ACTUAL   | DESCRIPTION | PRIOR PRJ            | ACTUAL    |
| JUL 18 | 283.86             | 350.52    |                               |          |             | 1145.88              | -232.70   |
| AUG 18 | 283.86             | 350.52    |                               |          |             | 1429.74              | 117.82    |
|        |                    |           | STARTING BALANCE              |          |             | 1846.05              | 117.82    |
| OCT 18 | 300.00             | *         |                               |          |             | 2146.05              | 117.82    |
| NOV 18 | 300.00             | *         |                               |          |             | 2446.05              | 117.82    |
| DEC 18 | 300.00             | *         |                               |          |             | 2746.05              | 117.82    |
| JAN 19 | 300.00             | *         | 2446.05                       | 1330.66* | COUNTY      | 600.00 T             | -1212.84  |
| FEB 19 | 300.00             | *         |                               |          |             | 900.00               | -1212.84  |
| MAR 19 | 300.00             | 1212.84   |                               |          |             |                      |           |
| MAR 19 |                    | -2658.39* |                               |          |             | 1200.00              | -2658.39 A |
| APR 19 | 300.00             | **        |                               |          |             | 1500.00              | -2658.39  |
| MAY 19 | 300.00             | **        |                               |          |             | 1800.00              | -2658.39  |
| JUN 19 | 300.00             | **        | 1154.00                       | **       |             | 946.00               | -2658.39  |

```
JUL 19      300.00              **                          1246.00       -2658.39
AUG 19      300.00              **                          1546.00       -2658.39
SEP 19      300.00              **                          1846.00       -2658.39
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS       600.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
    -2658.39.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
06/18         350.52       07/18         350.52       08/18         350.52
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00           0.00                              00/00           0.00

00/00           0.00                              00/00           0.00
```