**Fill in this information to identify the case:**

Debtor 1: CHARISSE HARRIS

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number: #18-14970

## Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service Centralized Servicing Center

**Court claim no.** (if known): #19

**Last 4 digits** of any number you use to identify the debtor's account: 2 4 9 8

**Date of payment change:** Must be at least 21 days after date of this notice: 08/01/2019

**New total payment:** $ 821.61
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 207.05    New escrow payment: $ 207.05

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Payment Assistance/Subsidy Expired.

   Current mortgage payment: $ 658.80    New mortgage payment: $ 821.61

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ CECIL EDWARDS
Signature

Date  08/13/2019

Print:  CECIL EDWARDS
       First Name   Middle Name   Last Name

Title  Bankruptcy Specialist

Company  USDA - Rural Housing Service
         Centralized Servicing Center

Address  PO Box 66879
         Number      Street

         St. Louis, MO 63166
         City           State   ZIP Code

Contact phone  (800) 349-5097 ext 3722

Email  csc.bkr@stl.usda.gov

# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi
### PAYMENT CHANGE SUMMARY

**Completed By:** CECIL EDWARDS  
08/13/2019 (Date)

**Debtor(s) & Address:** CHARISSE HARRIS  
148 CROSS CREEK DRIVE  
OXFORD, MS. 38655

**Case No.** #18-14970  
**Claim No.** #19  
**USDA Acct No.** 2 4 9 8

**Attorney & Address:** ROBERT H. LOMENICK, JR.  
P.O. BOX #417  
HOLLY SPRINGS, MS. 38635

**Trustee & Address:** LOCKE D. BARKLEY (2504)  
CHAPTER #13 TRUSTEE  
6360 I-55 NORTH  
SUITE #140  
JACKSON, MS. 39211

**Effective** 08/01/2019, the monthly ongoing payment is changing due to:

No ✓   Yes        **ESCROW:**  
No       Yes ✓   **OTHER:** Payment Assistance/Subsidy Expired.

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 614.56 | Principal & Interest | 614.56 |
| Less Subsidy | 162.81 | Less Subsidy | 0.00 |
| Total P&I Payment | 451.75 | Total P&I Payment | 614.56 |
| | | | |
| Escrow | 207.05 | Escrow | 207.05 |
| Escrow shortage | | Escrow shortage | |
| Total Escrow | 207.05 | Total Escrow | 207.05 |
| | | | |
| Fees | | Fees | |
| | | | |
| Total Payment | 658.80 | Total Payment | 821.61 |

**Northern District of Mississippi**   Case No. #18-14970
                                        Claim No. #19

## CERTIFICATE OF SERVICE

I, CECIL EDWARDS , do hereby certify that on 08/13/2019 , I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

CHARISSE HARRIS

Debtor(s)

148 CROSS CREEK DRIVE
OXFORD, MS. 38655

Via CM/ECF:

Debtor's Attorney of Record:

ROBERT H. LOMENICK, JR.
P.O. BOX #417
HOLLY SPRINGS, MS. 38635

Chapter 13 Trustee:

LOCKE D. BARKLEY (2504)
CHAPTER #13 TRUSTEE
6360 I-55 NORTH
SUITE #140
JACKSON, MS. 39211

Date: 08/13/2019

/s/ CECIL EDWARDS
CECIL EDWARDS
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. #5469