# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: CHARISSE HARRIS** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO. 18-14970-JDW** |

### OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE  [DKT. 48]

**COMES NOW**, the above-named Debtor, by and through her attorney of record in this case, and objects to the Notice of Mortgage Payment Change (Dkt. # 48) filed by USDA-Rural Housing Service ("Creditor"), and in support hereof respectfully shows unto the Court the following

1. Debtor's confirmed plan (Dkt. #26) provides for ongoing mortgage payments and arrears to be paid to Creditor through the Chapter 13 plan.

2. The Creditor has filed a proof of claim (Clm. 19-1) in this case.

3. Creditor filed a Notice of Mortgage Payment Change on August 13, 2019, which indicates the payment was to change on August 1, 2019. This notice was not filed 21-days prior to the payment change taking place, and should be disallowed.

4. Other grounds to be shown at the hearing.

**WHEREFORE**, the Debtor respectfully requests that this Court sustain the objection and enter an order disallowing the notice of payment change filed by the Creditor, and such other and further relief as the Court may deem proper.

This the 21st day of August, 2019.

                                           **/s/Robert Lomenick**
                                           **KAREN B. SCHNELLER, MSB 6558**
                                           **ROBERT H. LOMENICK, JR., MSB 104186**
                                           **SCHNELLER & LOMENICK, P.A.**
                                           **126 NORTH SPRING STREET**
                                           **POST OFFICE BOX 417**
                                           **HOLLY SPRINGS, MS 38635**
                                           **662-252-322/rlomenick@gmail.com**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT MISSISSIPPI

IN RE: CHARISSE HARRIS                                CHAPTER 13

DEBTOR                                                CASE NO. 18-14970-JDW

NOTICE OF OBJECTION TO CLAIM

**YOU ARE HEREBY NOTIFIED** that an objection to your claim has been filed in the above referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Northern District of Mississippi
703 Hwy 145 North
Aberdeen, MS 39730

and a copy must be served on the undersigned Debtor(s)' attorney and the Chapter 13 trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

DATED: August 21, 2019

CHAPTER 13 STANDING TRUSTEE:
Ms. Locke D. Barkley
Chapter 13 Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211

/s/Robert H. Lomenick
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MS 38635
662-252-3224/karen.schneller@gmail.com
rlomenick@gmail.com

## CERTIFICATE OF SERVICE

      I, Robert H. Lomenick, attorney for the Debtor, hereby certify that a copy of the foregoing Notice of Objection to Notice of Mortgage Payment Change has this day been served upon the Chapter 13 Trustee, the USDA-Rural Housing, either by electronic means or by United States Mail.

**USDA Rural Housing Service**
**P.O. Box 66879**
**St. Louis, MO 63166**

**Office of the United States Attorney**
**USDA**
**900 Jefferson Ave**
**Oxford, MS 38655**

**Office of United States Attorney General**
**U.S Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530**

**Assistant Attorney General for Administration**
**U.S. Department of Justice**
**Justice Management Division**
**950 Pennsylvania Avenue, NW, Room 1111**
**Washington, DC 20530**

**Civil Process Clerk**
**United States Attorney's Office**
**555 4th Street, NW, Washington, DC 20530**

**Ms. Locke D. Barkley, via ECF**

**Office of U.S. Trustee, via ECF**

      This the 21st day of August, 2019

                              /s/Robert H. Lomenick
                              **KAREN B. SCHNELLER**
                              **ROBERT H. LOMENICK**