

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **IN RE: CHARISSE HARRIS** | **CHAPTER 13** |
| **DEBTOR** | **CASE NO. 18-14970-JDW** |

## ORDER

**THIS CAUSE** came before the Court upon the Debtor's Objection to Notice of Mortgage Payment Change filed by the USDA [Dkt. #49], and after a hearing held thereon the Court finds the Objection is sustained.

It is therefore, **ORDERED** that the Notice of Mortgage Payment Change filed by USDA-Rural Housing Services [Dkt. #48] is hereby disallowed.

#ENDOFORDER#

SUBMITTED BY:
KAREN B. SCHNELLER, MSB 6558
ROBERT H. LOMENICK, JR., MSB 104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
662-252-3224 /karen.schneller@gmail.com
rlomenick@gmail.com
ATTORNEYS FOR DEBTOR