

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                             CHAPTER 13 CASE NO.:

CHARISSE HARRIS                                                18-14970-JDW

### FINAL ORDER OF DISMISSAL

THIS MATTER came before the Court on the request of the Trustee for the dismissal of this case. The Agreed Order Denying Motion to Dismiss (Dkt. #60) (Dkt. #65) required that the Debtor resume plan payment beginning March 2021, failing which this case may be dismissed. The Debtor failed to comply with the terms of the Agreed Order and; therefore, this case is subject to dismissal. The request of the Trustee is hereby approved.

IT IS THEREFORE ORDERED that this case shall be and is hereby dismissed.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss. 39211
(601) 355-6661
ssmith@barkley13.com